# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 24-2355

**Case Name** PayServices Bank v. Federal Reserve Bank of San Francisco

**Hearing Location** (*city*) San Francisco, CA

**Your Name** Jade A. Craig, Counsel for Appellant

List the sitting dates for the two sitting months you were asked to review:

December 2-6, 2024 & January 13-17, 2025

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have an unresolvable conflict on January 13-17, 2025. I am attending a family vacation for which payment has already been submitted. I am a full-time law professor and a sole practitioner who does not have someone who can take my place at argument. I would propose as alternate dates November 11-15, 2024 and February 3 & 10-11, 2025. Opposing counsel has approved these dates. My client prefers November 2024 due to the impact of the litigation on its operations and the interest in an earlier resolution.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Jade A. Craig  **Date** 8/15/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                                                    *New 12/01/2018*