# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 24-2355

**Case Name:** PayServices Bank V. Federal Reserve Bank of San Francisco

**Hearing Location (*city*):** San Francisco, CA

**Your Name:** Jonathan Youngwood, Counsel for Appellee

List the sitting dates for the two sitting months you were asked to review:

December 2-6, 2024 and January 13-17, 2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Opposing counsel submitted a response to notice of case being considered for oral argument (form 32) yesterday, August 15, 2024, requesting alternative dates because they have an unresolvable conflict for January 13-17, 2025. They have proposed as alternative dates November 11-15, 2024 and February 3 & 10-11, 2025. However, I have an unresolvable conflict on February 11, 2025. I therefore propose as alternative dates November 11-15, 2024 and February 3 & 10, 2025. Opposing counsel has approved these dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/ Jonathan K. Youngwood     **Date:** 08/16/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*