UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAYSERVICES BANK,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>    Defendant - Appellee. | No. 24-2355<br><br>D.C. No. 1:23-cv-00305-REP<br>District of Idaho, Boise<br><br>ORDER |

Before: TYMKOVICH, M. SMITH, and BUMATAY, Circuit Judges.*

This matter is before the court *sua sponte* to keep the above-captioned case in abeyance pending the outcome of PayServices' administrative appeal and order further production of documents.

This appeal is placed in abeyance pending the outcome of PayServices' administrative appeal before the Idaho Department of Finance on February 19–20, 2025. The parties shall file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of PayServices' administrative appeal.

---

*     The Honorable Timothy M. Tymkovich, United States Circuit Judge for the Court of Appeals, 10th Circuit, sitting by designation.

Further, this court orders PayServices to file, within 14 days of the issuance of this order, the following documents related to its state proceedings: the August 3, 2022 letter from the Idaho Department of Finance granting PayServices' preliminary charter; the October 16, 2023 letter from the Idaho Department of Finance granting PayServices an extension of their preliminary charter; the October 16, 2024 letter from the Idaho Department of Finance terminating PayServices' preliminary charter; and, upon the resolution of PayServices' administrative appeal, any explanation provided by the Idaho Department of Finance.