No. 24-2355
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
_____

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

**JOINT STATUS REPORT**

| | |
|---|---|
| Jade A. Craig, Esq. | Jonathan K. Youngwood |
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| 1048 S. Clearview Avenue, #3 | 425 Lexington Avenue |
| Tampa, Florida 33629 | New York, NY 10017 |
| Telephone: (813) 459-1309 | Telephone: (415) 455-3539 |
| jade@jadeacraigpa.com | jyoungwood@stblaw.com |
| | |
| *Attorney for Appellant PayServices Bank* | *Attorney for Appellee Federal Reserve Bank of San Francisco* |

# INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco ("FRBSF") did not attend the February 14th videoconference or the February 19th and 20th hearings described below, does not have access to any transcripts or exhibits or other materials from the hearings, and has no updates or information regarding the status of PayServices' administrative appeal. FRBSF is only aware of the below events through PayServices' updates herein.

2. On February 14, 2025, the parties to PayServices' administrative appeal took part in a pre-hearing conference via videoconference. The parties discussed logistical matters regarding the presentation of evidence and witnesses at the administrative hearing and the scope of matters to be considered at the evidentiary hearing.

3. On February 19 and 20, 2025, Appellant PayServices Bank participated in an in-person, evidentiary hearing with officials from the Idaho Department of Finance and their counsel, an assistant attorney general from the Idaho Attorney

General's Office. The hearing took place before a hearing officer appointed by the Idaho Office of Administrative Hearings. The hearing was transcribed and recorded by a court reporting service and took place at the court reporter's offices in Boise, Idaho.

4. The hearing officer took testimony from witnesses, which included officials in the Idaho Department of Finance, and from an incorporator of PayServices Bank. The hearing officer also received exhibits entered into evidence.

5. At the conclusion of the hearing, the hearing officer directed the parties to submit closing statements by March 7, 2025. The parties may also respond to any legal arguments raised by the opposing party by March 14, 2025.

6. After receiving closing statements and responses, the hearing officer is expected to take the matter under advisement and issue a written ruling.

7. Any further updates in this matter will be provided via a status report which will be filed 30 days from today's date.

Date: February 27, 2025

| | |
|---|---|
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| *s/ Jade A. Craig*_____<br>Jade A. Craig | *s/ Jonathan K. Youngwood*_____<br>Jonathan K. Youngwood |
| *Attorney for Appellant PayServices Bank* | *Attorney for Appellee Federal Reserve Bank of San Francisco* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of February, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*s/ Jade A. Craig*
Jade A. Craig
Jade A. Craig, P.A.
1048 S. Clearview Avenue, #3
Tampa, Florida
Telephone: (813) 459-1309
jade@jadeacraigpa.com

*Attorney for Appellant PayServices Bank*
