No. 24-2355

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

_____

**JOINT STATUS REPORT**

_____

| | |
|---|---|
| Jade A. Craig, Esq. | Jonathan K. Youngwood |
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| 1048 S. Clearview Avenue, #3 | 425 Lexington Avenue |
| Tampa, Florida 33629 | New York, NY 10017 |
| Telephone: (813) 459-1309 | Telephone: (415) 455-3539 |
| jade@jadeacraigpa.com | jyoungwood@stblaw.com |
| | |
| *Attorney for Appellant* | *Attorney for Appellee Federal Reserve* |
| *PayServices Bank* | *Bank of San Francisco* |

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco ("FRBSF") does not have access to the Idaho Office of Administrative Hearings briefing referenced below and has no updates or information regarding the status of PayServices' administrative appeal. FRBSF is only aware of the below events through PayServices' updates herein.

2. The matter pending before the Idaho Office of Administrative Hearings challenging the termination of PayServices' preliminary approval has been fully briefed as of March 21, 2025. The matter remains pending with the hearing officer. The parties to that hearing are still awaiting a written ruling from the hearing officer.

3. Any further updates in this matter will be provided via a status report which will be filed 30 days from today's date.

Date: April 28, 2025

Jade A. Craig, P.A.

*/s/ Jade A. Craig*
Jade A. Craig

*Attorney for Appellant PayServices Bank*

Simpson Thacher & Bartlett LLP

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood

*Attorney for Appellee Federal Reserve Bank of San Francisco*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 28 day of April, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve Bank of San Francisco*
