No. 24-2355

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

## JOINT STATUS REPORT

| | |
|---|---|
| Jade A. Craig, Esq. | Jonathan K. Youngwood |
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| 1048 S. Clearview Avenue, #3 | 425 Lexington Avenue |
| Tampa, Florida 33629 | New York, NY 10017 |
| Telephone: (813) 459-1309 | Telephone: (415) 455-3539 |
| jade@jadeacraigpa.com | jyoungwood@stblaw.com |
| | |
| *Attorney for Appellant* | *Attorney for Appellee Federal Reserve* |
| *PayServices Bank* | *Bank of San Francisco* |

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco ("FRBSF") does not have access to the documents referenced below and has no updates or information regarding the status of PayServices' administrative appeal. FRBSF is only aware of the below events through PayServices' updates herein.

2. On October 1, 2025, the Idaho Office of Administrative Hearings ("OAH") notified the parties that the Administrative Law Judge ("ALJ") previously assigned to the case is no longer employed by OAH. OAH reassigned the matter to a different ALJ.

3. On October 7, 2025, counsel for the Idaho Department of Finance (the "Department") sent a letter requesting additional information to fulfill the purposes of the remand granted in the previous ALJ's September 8, 2025 Order on PayServices' Motion for Reconsideration. PayServices is preparing a response to the Department's letter in an effort to provide the additional information the Department has requested.

4.　On October 14, 2025, the Department filed a response in opposition to PayServices' Motion for Clarification with the ALJ and OAH. The ALJ has not yet issued a ruling on the Motion for Clarification.

5.　The Idaho Department of Finance has still not issued a final order or taken final agency action. Thus, the matter remains pending.

6.　Any further updates in this matter will be provided via a status report, which will be filed 30 days from today's date.

Date: November 3, 2025

| | |
|---|---|
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| *s/ Jade A. Craig* <br> Jade A. Craig | *s/ Jonathan K. Youngwood* <br> Jonathan K. Youngwood |
| *Attorney for Appellant PayServices Bank* | *Attorney for Appellee Federal Reserve Bank of San Francisco* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 3rd day of November, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve Bank of San Francisco*
