No. 24-2355
_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

### JOINT STATUS REPORT

| | |
|---|---|
| Jade A. Craig, Esq. | Jonathan K. Youngwood |
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| 1048 S. Clearview Avenue, #3 | 425 Lexington Avenue |
| Tampa, Florida 33629 | New York, NY 10017 |
| Telephone: (813) 459-1309 | Telephone: (415) 455-3539 |
| jade@jadeacraigpa.com | jyoungwood@stblaw.com |
| | |
| *Attorney for Appellant* | *Attorney for Appellee Federal Reserve* |
| *PayServices Bank* | *Bank of San Francisco* |

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. The administrative appeal remains on remand with the Idaho Department of Finance (the "Department"). As two Idaho administrative law judges have established, the application has been reinstated during this time period.

2. On January 16, 2026 and on February 12, 2026, the Department issued requests for information. PayServices timely responded to the requests for information on February 20, 2026.

3. Appellee Federal Reserve Bank of San Francisco ("FRBSF") does not have access to the underlying documents and orders for PayServices' administrative appeal, including the Departments' requests for information and PayServices' response referenced above. Accordingly, FRBSF cannot comment on PayServices' claim that its application has been reinstated while the administrative appeal is on remand, including because PayServices has not filed the applicable orders with the Court. *See* Docket Entry Nos. 65.1-67.1, 69.1, 73.1. FRBSF has no updates or

information regarding the status of PayServices' administrative appeal and is only aware of the above events through PayServices' updates herein.

4. Any further updates in this matter will be provided via a status report, which will be filed 30 days from today's date.

Date: March 12, 2026

| | |
|---|---|
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| *s/ Jade A. Craig* <br> Jade A. Craig | *s/ Jonathan K. Youngwood* <br> Jonathan K. Youngwood |
| *Attorney for Appellant PayServices Bank* | *Attorney for Appellee Federal Reserve Bank of San Francisco* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 12th day of March, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve Bank of San Francisco*
