**No. 24-2355**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

## JOINT STATUS REPORT

| | |
|---|---|
| Jade A. Craig, Esq. | Jonathan K. Youngwood |
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| 260 Logan Lee Loop | 425 Lexington Avenue |
| Oxford, MS 38655 | New York, NY 10017 |
| Telephone: (813) 459-1309 | Telephone: (415) 455-3539 |
| jade@jadeacraigpa.com | jyoungwood@stblaw.com |
| | |
| *Attorney for Appellant* | *Attorney for Appellee Federal Reserve* |
| *PayServices Bank* | *Bank of San Francisco* |

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco does not have access to the Idaho Department of Finance's filings or updates referenced below and is only aware of the below events through PayServices Bank's ("PayServices") updates herein.

2. On May 25, 2026, PayServices submitted an appeal of the decision on remand and a petition for a contested case hearing.

3. The Idaho Department of Finance referred the appeal to the Idaho Office of Administrative Hearings ("OAH") on May 29, 2026. The OAH has assigned an administrative law judge to preside over the matter.

4. On June 9, 2026, the parties attended a status conference with the ALJ to set a schedule for resolving a pending motion to supplement the record and scheduling briefing and a hearing in this matter.

5. Any further updates in this matter will be provided via a status report, which will be filed 30 days from today's date.

Date:  June 22, 2026

Jade A. Craig, P.A.                                    Simpson Thacher & Bartlett LLP

_s/ Jade A. Craig_                                    _s/ Jonathan K. Youngwood_
Jade A. Craig                                         Jonathan K. Youngwood

_Attorney for Appellant PayServices_                  _Attorney for Appellee Federal Reserve_
_Bank_                                                _Bank of San Francisco_

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of June, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

_s/ Jonathan K. Youngwood_
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539
jyoungwood@stblaw.com

_Attorney for Appellee Federal Reserve_
_Bank of San Francisco_