**No. 24-2355**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

---

# JOINT STATUS REPORT

---

Jade A. Craig, Esq.
Jade A. Craig, P.A.
260 Logan Lee Loop
Oxford, MS 38655
Telephone: (813) 459-1309
jade@jadeacraigpa.com

*Attorney for Appellant*
*PayServices Bank*

Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve*
*Bank of San Francisco*

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco does not have access to the filings referenced below and is only aware of the below events through PayServices Bank's ("PayServices") updates herein.

2. The Idaho Department of Finance timely filed an answer to PayServices' petition for Contested Case Hearing and Appeal.

3. The parties have exchanged several prehearing motions in preparation for the hearing, which remains scheduled for September 9-10, 2026 in Boise, Idaho.

4. A prehearing conference is scheduled for September 1, 2026, with witness and exhibit disclosures due August 27, 2026.

5. Any further updates in this matter will be provided via a status report, which will be filed 30 days from today's date.

Date: August 21, 2026

Jade A. Craig, P.A.

_s/ Jade A. Craig_
Jade A. Craig

*Attorney for Appellant PayServices Bank*

Simpson Thacher & Bartlett LLP

_s/ Jonathan K. Youngwood_
Jonathan K. Youngwood

*Attorney for Appellee Federal Reserve Bank of San Francisco*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 21st day of August, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve Bank of San Francisco*