**No. 24-2355**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

PAYSERVICES BANK,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Idaho
No. 1:23-cv-00305-REP
Hon. Raymond E. Patricco, Jr.

---

# JOINT STATUS REPORT

---

Jade A. Craig, Esq.
Jade A. Craig, P.A.
260 Logan Lee Loop
Oxford, MS 38655
Telephone: (813) 459-1309
jade@jadeacraigpa.com

*Attorney for Appellant PayServices Bank*

Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (415) 455-3539
jyoungwood@stblaw.com

*Attorney for Appellee Federal Reserve Bank of San Francisco*

## INTRODUCTION

In the Court's Order entered on January 24, 2025 (Docket Entry No. 52.1), the Court directed the parties to "file a status report as to the status of the appeal by February 27, 2025 and every 30 days thereafter until the resolution of the administrative appeal." In compliance with this directive, the parties state the following:

1. Appellee Federal Reserve Bank of San Francisco does not have access to the proceeding referenced below and is only aware of the below events through PayServices Bank's ("PayServices") updates herein.

2. A hearing on the matter between PayServices and the Idaho Department of Finance will continue before an Administrative Law Judge in the Idaho Office of Administrative Hearings on December 4, 2026, in Boise, Idaho.

3. Any further updates in this matter will be provided via a status report, which will be filed 30 days from today's date.

Date: November 4, 2026

| | |
|---|---|
| Jade A. Craig, P.A. | Simpson Thacher & Bartlett LLP |
| *s/ Jade A. Craig*________<br>Jade A. Craig | *s/ Jonathan K. Youngwood*______<br>Jonathan K. Youngwood |
| *Attorney for Appellant PayServices Bank* | *Attorney for Appellee Federal Reserve Bank of San Francisco* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this fourth day of November, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Simpson Thacher & Bartlett LLP
*s/ Jonathan K. Youngwood*_____
Jonathan K. Youngwood

*Attorney for Appellee Federal Reserve Bank of San Francisco*